IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Jonathan Lee Riches
Bernard L. Madoff
Bernie Madoff,
Plaintiff

v.

GLOBAL WARMING; AN INCONVENIENT TRUTH; AL GORE; CARBON DIOXIDE; Greenhouse Gases; National Geographic; Tropic of Cancer; Tropic of Capricorn; Ethanol; Ozone Layer; U.S. Clean Air Act; Northern Hemisphere; Oxygen; Isotopes; Methane; Nitrous Oxide; Kristin Gore; Tipper Gore; Karenna Gore Schiff; Drew Schiff; Wyatt Schiff; Frank Hunger; Paul Cusack; Current T.V.; Earth in the Balance; Ecology and the Human Spirit; Generation Investment Management; Atmosphere; Jeff Skoll; Participant Productions; Melcher Media; Joel Hyatt; CO2 Emissions; Sulfur Hexafluoride; Roger Revelle; Carbonic Acid; Tundra; Greenland; Glaciers; Mount Kilimanjaro; Arctic Sea; Antarctica; World Meteorological Organization; Siberia; Solar Energy; Toyota Hybrid,
Defendants

[ 28 USC 2241
HABEAS CORPUS RELIEF
28 USC 1331 ]

The manner in which my sentence was executed is unconstitutional. I Jonathan Lee Riches d/b/a Bernard L. Madoff faces imminent danger and bodily harm from the defendants. My 8th amendment rights are being violated for cruel and unusual punishment. Defendants are creating a deliberate indifference on my life in St. Louis and globally. Farmer v. Brennan. My 6th amendment rights are being violated under U.S. v. Booker and U.S. v. FanFan. Global warming has done me so much mental stress and physical hardship over the years. Lets start with my skin. I think I have skin cancer on the scalp on top my head all caused by global warming and the rays of the sun beating down on my head every summer since I been illegally incarcerated

Since Feb 2003, The Prison is forcing me to do hot sun labor work throughout the day making sand bags in chains for the future floods of the Mississippi river which is caused by defendants. Global warming has been getting rid of the prison yard vegatation which has caused the soil to turn to sand, which is used to force me to make sandbags for flooded world countries in which I get paid .12¢ which is a violation of prison federal minimum wage laws. I used to enjoy watching the pretty flowers in the rec yard and birds chirping and nice green grass where I could lay a towel down and eat Bylomi sandwiches, in peace, my only time to reflect on the mistakes I made stealing peoples identities and committing credit card fraud and now global warming has caused the prison landscape a nightmare for me, the land here is so bare and dry, instead of crickets and birds, I'm now infested with lizards and snakes and I got pricked by a cactus plant and the trees died, and this is suppose to be the Bluegrass State here at once Beutiful Lexington Kentucky at the Federal Medical center, now it looks like the Planet of mars. Global warming has caused me to sweat so intense during the summer, we don't have air conditioning, my cell gets up to 115° every summer where my windows don't open. I feel like a roasted turkey. I'm so hot and sticky. Al Gore caused my mistreatment in prison. Since he is from the Volunteer State, he is suppose to help me through my pain and hardship, instead he is using my federal tax paying money to take skiing trips to the Swiss Alps and eating snowcones in Siberia. The Defendants have caused all the guards here to be hot and irritated where they take it out on me with abuse. Global warming is causing the Ice machines here not to produce ice and my food now is too hot to eat. I wanted chili to cool off but global warming caused prison chili con carne to burn my tongue. Defendants caused me a heat stroke and Gary Coleman & Todd Bridges to have different strokes. The Defendants collectively caused Toyota brake pedals to stick to the floor from heat which killed innocent Americans lives. Global warming is a international fugitive that is unleashing hurricanes and earthquakes in our atmosphere on purpose to show intimidation and to bully my mind and to warm my brain into making irrational decisions. Global warming is planning to launch a heat wave on me this summer never seen before by humans or our early Philosphers, we are talking about 175° heat, me simmering and steaming. I feel the pain just thinking about it and I seek protection or replacement into a cooler environment or a new state of the art prison underneath the earths surface. I pray this court will grant my immediate release from prison. Global warming is working with terrorists and the Bin Laden network to blow up volcanoes and at hot springs Arkansas to heat the water to boil us to death. I'm scared. I pray for a restraining order and I pray this court will grant my motion for relief.

respectfully

3-16-10

Jonathan Lee Riches d/b/a
Bernard L. Madoff
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512