UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV501 HEA |
| | ) | |
| GLOBAL WARMING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, an inmate at the Lexington Federal Medical Center in Lexington, Kentucky, is a well-known filer of frivolous lawsuits in federal courts across the nation. *See Riches v. Corzo*, No. 4:09-CV-320-DJS (E.D. Mo.) (denying plaintiff in forma pauperis status because he had achieved more than three strikes under 28 U.S.C. § 1915(g)). As a result, the motion to proceed in forma pauperis will be denied, and the case will be dismissed without prejudice to refiling as a fully-paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will accompany this Order.

Dated this 1st day of April, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE